UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
December 16, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| Ronald Thomas, | § | |
|    Petitioner, | § | |
| | § | |
| v. | § | |
| | § | Civil Action H-19-813 |
| Bobby Lumpkin, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
|    Respondent. | § | |

## Order of Adoption

On November 18, 2020, Magistrate Judge Peter Bray recommended that the court deny Ronald Thomas's petition for writ of habeas corpus. (21) Thomas filed objections. (22) The court denies Thomas's objections and adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on December _16_, 2020, at Houston, Texas.

                                              Lynn N. Hughes
                                      United States District Judge